```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 17-00675-JJT
Anjel M Baier                                                       Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-4          User: admin               Page 1 of 1            Date Rcvd: Jun 16, 2017
                              Form ID: 318              Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 18, 2017.
```
db           +Anjel M Baier,   233 Center Street,   Fl 2nd Rear,   Milton, PA 17847-1719
4887337      +BUCKNELL UNIVERSITY,   1 DENT DRIVE,   LEWISBURG, PA 17837-2029
4887340       DISCOVER,   PO BOX 742655,   CINCINATTI, Ohio 45274-2655
4887344       OCWEN LOAN SERVICING, LLC,   PO BOX 24781,   WEST PALM BEACH, FL 33416-4781
4887345      +ROBERT JASON BAIER,   4415 MUSSER LANE,   WATSONTOWN, PA 17777-8440
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4887333       EDI: RMSC.COM Jun 16 2017 18:48:00      AE VISA CARD,   PO BOX 965060,   ORLANDO, FL 32896-5060
4887334       EDI: RMSC.COM Jun 16 2017 18:48:00      AEO/SYNCHRONY BANK,   PO BOX 960013,
               ORLANDO, Florida 32896-0013
4887336       EDI: BANKAMER.COM Jun 16 2017 18:48:00      BANK OF AMERICA,   PO BOX 15220,
               WILMINGTON, Delaware 19886-5220
4887335       EDI: BANKAMER.COM Jun 16 2017 18:48:00      BANK OF AMERICA,   PO BOX 45224,
               JACKSONVILLE, FL 32232-5224
4891653       E-mail/Text: cms-bk@cms-collect.com Jun 16 2017 18:46:24      CAPITAL MANAGEMENT SERVICES, LP,
               698 1/2 SOUTH OGDEN STREET,   BUFFALO, NY 14206-2317
4887338       EDI: CAPITALONE.COM Jun 16 2017 18:48:00      CAPITAL ONE,   PO BOX 71083,
               CHARLOTTE, North Carolina 28272-1083
4887339       EDI: DISCOVER.COM Jun 16 2017 18:48:00      DISCOVER,   PO BOX 6103,
               CAROL STREAM, Illinois 60197-6103
4887341       EDI: DISCOVER.COM Jun 16 2017 18:48:00      DISCOVER,   PO BOX 3008,
               NEW ALBANY, Ohio 43054-3008
4887342       EDI: DISCOVERPL Jun 16 2017 18:48:00      DISCOVER PERSONAL LOANS,   PO BOX 6105,
               CAROL STREAM, IL 60197-6105
4887342       E-mail/Text: dplbk@discover.com Jun 16 2017 18:46:33      DISCOVER PERSONAL LOANS,   PO BOX 6105,
               CAROL STREAM, IL 60197-6105
4887343      +EDI: DISCOVERPL Jun 16 2017 18:48:00      DISCOVER PERSONAL LOANS,   PO BOX 30954,
               SALT LAKE CITY, Utah 84130-0954
4887343      +E-mail/Text: dplbk@discover.com Jun 16 2017 18:46:32      DISCOVER PERSONAL LOANS,
               PO BOX 30954,   SALT LAKE CITY, Utah 84130-0954
4887346       EDI: RMSC.COM Jun 16 2017 18:48:00      SAM'S CLUB DISCOVER/GECRB,   PO BOX 960013,
               ORLANDO, Florida 32896-0013
4887347       EDI: STFMFC.COM Jun 16 2017 18:48:00      STATE FARM BANK,   PO BOX 23025,
               COLUMBUS, Georgia 31902-3025
4887348       EDI: RMSC.COM Jun 16 2017 18:48:00      SYNCHRONY BANK,   ATTN: BANKRUPTCY DEPARTMENT,
               PO BOX 965060,   ORLANDO, Florida 32896-5060
                                                                                               TOTAL: 15

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2017                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 16, 2017 at the address(es) listed below:
```
              Daniel J. Rheam    on behalf of Debtor Anjel M Baier court@rheamlaw.com
              James Warmbrodt     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Lawrence G. Frank (Trustee)    lawrencegfrank@gmail.com, PA39@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                              TOTAL: 4
```

| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | **Anjel M Baier** | Social Security number or ITIN xxx−xx−6933 |
| | First Name   Middle Name   Last Name | EIN __−_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN ____ |
| | | EIN __−_____ |
| United States Bankruptcy Court   **Middle District of Pennsylvania** | | |
| Case number:   **4:17−bk−00675−JJT** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Anjel M Baier

**By the court:** *[signature]*

June 16, 2017

Honorable John J. Thomas
United States Bankruptcy Judge

By: AutoDocketer, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2